

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00278-CV

———————————————

REBA BURRIS, Appellant

V.

JOHN DOE DRIVER AND WILL J. BROOKS, Appellees

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-321715-20

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Amended Voluntary Motion to Dismiss Appeal"; the motion is unopposed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: November 30, 2023